MELINDA HAAG (CA 132612)
United States Attorney

MIRANDA KANE (CA 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KY 93232)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA  93944
    Telephone: (831) 242-6394
    Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

**FILED**

AUG 20 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LORI ANN GARZA      Defendant. )<br>)<br>)<br>) | CR-06-00604-RS<br><br>MOTION AND [P~~ROPOS~~ED]<br>ORDER TO DISMIS~~S IN~~FORMATION and<br>WITHDRAW BENCH WARRANT |

    1. The United States moves that the Information filed in the above captioned matter on September 7, 2006 be dismissed.

    2. The United States further requests that the bench warrant issued in this matter be withdrawn.

    3. The United States makes this motion in the interests of justice.

///

///

///

MELINDA HAAG
United States Attorney


_____/S/_____
ROBERT K. PRUITT
Special Assistant United States Attorney

## ORDER

Based on the government's motion and good cause appearing, IT IS HEREBY ORDERED that the bench warrant for Lori Ann Garza be withdrawn and the Information in the above entitled matter is dismissed without prejudice.

Dated: ____8.20____ 2013    _Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

MOTION AND [PROPOSED] ORDER                2
TO DISMISS INFORMATION: CR-06-00604 RS